UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIO HARRIS, | )<br>) |
| Plaintiff, | )<br>) CASE NO.   C08-552-RAJ<br>) |
| v. | )<br>) |
| RANJITA LAL, *et al.*, | ) ORDER DISMISSING CIVIL<br>) RIGHTS ACTION |
| Defendants. | ) |

The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2)   Plaintiff's complaint, and this action, are DISMISSED for lack of jurisdiction.

(3)   Plaintiff's application to proceed *in forma pauperis* is DENIED as moot.

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(4)   The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 20th day of May, 2008.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2